# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| RICHARD A. SPRAGUE, ESQUIRE, | : No. 487 EAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| JILL PORTER, PHILADELPHIA | : |
| NEWSPAPERS, LLC, PHILLY ONLINE, | : |
| LLC, PMH ACQUISITION, LLC, | : |
| PHILADELPHIA MEDIA HOLDINGS, | : |
| LLC, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.